No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

JAMES QUINN, Respondent, v. BERGENFIELD DEVELOPMENT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

BRUCE S. SHELDON, Appellant, v. MARJORIE T. SHELDON, Respondent. (Appeal No. 1.) — Order denying motion for stay affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

BRUCE S. SHELDON, Appellant, v. MARJORIE T. SHELDON, Respondent. (Appeal No. 2.) — In view of our disposition of the appeal from the order dismissing the complaint in *Sheldon* v. *Sheldon, No. 3 (post*, p. 852), decided herewith, the order awarding counsel fee is modified by reducing the amount to the sum of $1,000 only, said amount to be paid within five days from the date of the entry of the order herein. As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

BRUCE S. SHELDON, Appellant, v. MARJORIE T. SHELDON, Respondent. (Appeal No. 3.) — Order dismissing complaint for insufficiency affirmed, with ten dollars costs and disbursements. The complaint, even if it were to be inferred from it that the defendant stated in expressed words that she would have intercourse with the plaintiff as a wife and at the same time intending not to do so, is nevertheless defective in failing to allege that there was no cohabitation of a sexual character between the parties after the marriage. On the contrary, we conclude from the husband's affidavit at folios 30–35 of the papers in *Sheldon* v. *Sheldon No. 2 (post*, p. 852), submitted at the same time with the present appeal, that there was this sexual intercourse repeatedly had from and after the date of the marriage and down to the time when the wife discovered her husband's adultery, namely, on July 14, 1931, the date that this husband alleges his wife to have abandoned him. As to the adultery allegation and the date of its commission, we also are apprised in the companion appeal records which are before us in conjunction with the present appeal. Kapper, Hagarty and Davis, JJ., concur; Lazansky, P. J., and Carswell, J., concur in result, on the basis of the facts shown in *Sheldon* v. *Sheldon, No. 2 (post*, p. 852), decided herewith.

MARJORIE T. SHELDON, Respondent, v. BRUCE S. SHELDON, Appellant. (Appeal No. 1.) — Order granting alimony and counsel fees modified by reducing the temporary alimony to the sum of $100 a week, and as so modified affirmed, without costs. As frequently expressed by this court, our present view is no indication of the amount to be awarded as permanent alimony in the event that plaintiff shall be successful upon the trial. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

MAJORIE T. SHELDON, Respondent, v. BRUCE S. SHELDON, Appellant. (Appeal No. 2.) — Order denying motion to stay plaintiff from prosecuting this action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

LILLIAN LOMBARDO, an Infant, by ANTHONY LOMBARDO, Guardian ad Litem, and ANTHONY LOMBARDO, Respondents, v. JOSEPH AGRIN, Appellant.— Order granting motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.